UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER J. GIUDITTA )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>BMW FINANCIAL SERVICES NA, LLC, and )<br>FIRSTSOURCE ADVANTAGE, LLC )<br>     Defendants )<br>_____ ) | CIVIL ACTION NO.<br>3:11-CV-1646 (AVC)<br><br><br><br><br><br>MARCH 5, 2012 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Christopher Giuditta, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, CHRISTOPHER J. GIUDITTA**

By:  /s/ Daniel S. Blinn
     Daniel S. Blinn
     Consumer Law Group, LLC
     35 Cold Spring Rd, Suite 512
     Rocky Hill, CT  06067-9997
     Tel (860) 571-0408
     Fax (860) 571-7457
     Juris No. 414047

## **CERTIFICATION**

I hereby certify that on this 5th day of March, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/Daniel S. Blinn
                                            Daniel S. Blinn